**JacksonLewis**

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4606
MY EMAIL ADDRESS IS: KATHRYN.RUSSO@JACKSONLEWIS.COM

October 14, 2024

**VIA ECF**

Honorable James M. Wicks
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

      Re:  *Michael Califano v. The Roman Catholic Diocese of Rockville Centre, New York and Maria Regina School*
          2:24-CV-4346-AMD-JMW

Dear Judge Wicks:

     We represent Defendants The Roman Catholic Diocese of Rockville Centre, New York and Maria Regina School in the above-referenced matter.  We write, jointly with Plaintiff's counsel, to advise the Court that the parties have reached a settlement in principle and are in the process of finalizing the terms of a settlement agreement.  Accordingly, the parties respectfully request that the upcoming initial conference on October 22, and all related deadlines, be adjourned *sine die* so that the parties can concentrate on finalizing the settlement agreement.

     We anticipate that a Stipulation of Dismissal will be submitted to the Court within the next two weeks.

                Respectfully submitted,
                JACKSON LEWIS P.C.

                s/*Kathryn J. Russo, Esq.*

                Kathryn J. Russo, Esq.
                Taylor Ferris, Esq.

KJR:dc

cc.:    Lawrence Spasojevich, Esq. (via ECF)
        Brendan Tighe, Esq. (via ECF)

4871-9856-8942, v. 1